SEALED

FILED
April 6, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:      SAJ
Deputy Clerk

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>Plaintiff<br><br>v<br><br>**(1) XIAOJIAN TAO**<br>**(2) YU LANG aka LAURA LONG**<br><br>Defendants | **Case No:  SA-22-CR-00170-XR1** |

## ORDER SEALING INDICTMENT

On this date came on to be considered the Motion of the United States in the above-styled and numbered cause to seal the indictment.  It appearing to the Court that the motion is well taken and should be granted,

IT IS HEREBY ORDERED that the indictment, warrants for arrest, and related documents in this cause be sealed, except as otherwise provided below;

IT IS FURTHER ORDERED that the District Clerk's office provide notice to the government after each defendant's arrest, so that the government has the opportunity to prepare and deliver to the District Clerk's office a copy of the indictment which has been redacted in accordance with this Order;

IT IS FURTHER ORDERED that upon notice by the District Clerk's office of each defendant's arrest, the government is to provide to the district clerk's office a copy of the indictment which has been redacted in the following manner:

(1)  the name of each defendant who has not yet been informed of the charges

through a hearing pursuant to Rule 5 or Rule 10, Fed.R.Crim.P. in connection with this case is to be omitted from the style of the indictment, as well as from any count in which such non-arrested defendant(s) is charged in the indictment; and,

(2) any count of the indictment which does not name a defendant who has been informed of the charges through a hearing pursuant to Rules 5 or Rule 10, Fed. R. Crim .P., in connection with this case may be omitted in its entirety.

IT IS FURTHER ORDERED that the district clerk's office provide to each defendant at the time of his/her initial appearance (conducted pursuant to Rule 5, Fed. R. Crim. P.), or arraignment (conducted pursuant to Rule 10, Fed. R. Crim. P.), whichever is applicable, a copy of the indictment which has been redacted and delivered by the government, as set forth above;

IT IS FURTHER ORDERED that a copy of the indictment as returned by the grand jury be delivered to the United States Attorney's Office as soon as practicable after the date of this order;

IT IS FURTHER ORDERED that all of the documents referred to above may be unsealed at such time as all of the defendants charged in this cause have appeared before this Court pursuant to either Rule 5 or Rule 10, Fed. R. Crim. P.;

IT IS FURTHER ORDERED that the Motion of the United States and this Order shall be sealed by the Clerk, to be unsealed only upon order of the Court; provided, however, that a file-stamped copy of the motion and this Order be delivered to the United States Attorney's Office.

SIGNED and ENTERED this 6th day of April, 2022.

_____
UNITED STATES MAGISTRATE JUDGE