**SEALED**  UNITED STATES DISTRICT COURT
　　　　　　　　WESTERN DISTRICT OF TEXAS
　　　　　　　　　SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| 　　　　　Plaintiff, ) | |
| v. ) | SA-22-CR-170-01-XR |
| ) | |
| XIAOJIAN TAO, ) | |
| ) | |
| 　　　　　Defendant. ) | |

**GOVERNMENT'S MOTION TO UNSEAL THE ALL SEARCH WARRANTS**

TO THE HONORABLE COURT:

The United States of America, by and through the undersigned Assistant United States Attorney, moves the Court, in the interest of justice, for an Order unsealing the search warrants related to Xiaojian Tao, such as 5:19-MJ-00945-ESC; 5:19-MJ-1425-HJB; 5:19-MJ-1426-HJB; 5:19-MJ-1427-HJB; 5:19-MJ-1428-HJB; 5:20-MJ-00511-HJB as well as this motion in order to provide discovery to the defendants.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　ASHLEY C. HOFF
　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY

　　　　　　　　By:　___/s/_____
　　　　　　　　　　　MARK ROOMBERG
　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　State Bar No. 24094779
　　　　　　　　　　　601 NW Loop 410, Ste 600
　　　　　　　　　　　San Antonio, Texas 78216
　　　　　　　　　　　(210) 384-7025
　　　　　　　　　　　(210) 384-7028 FAX

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | SA-22-CR-170-01-XR |
| | ) | |
| XIAOJIAN TAO, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

On this day came on to be heard the Government's Motion to Unseal Search Warrants related to Xiaojian Tao to provide discovery to the defendants, and the Court being fully apprised, the Court grants the Government's Motion to Unseal the Search Warrants related to Xiaojian Tao as well as granting the Government's Motion to Unseal the motion itself.

It is so ORDERED.

SIGNED and ENTERED the _____ day of _____, 2022.

_____
XAVIER RODRIGUEZ
United States District Judge