UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | SA-22-CR-170-01-XR |
| | ) | |
| XIAOJIAN TAO, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>ORDER</u>**

On this day came on to be heard the Government's Motion to Unseal Search Warrants related to Xiaojian Tao to provide discovery to the defendants, and the Court being fully apprised, the Court grants the Government's Motion to Unseal the Search Warrants related to Xiaojian Tao as well as granting the Government's Motion to Unseal the motion itself.

It is so ORDERED.

SIGNED and ENTERED the _12th_ day of ___May_____, 2022.

_____
XAVIER RODRIGUEZ
United States District Judge